# Court of Appeals
# of the State of Georgia

ATLANTA,  June 07, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0228.  PHILLIP PRESTON PATCH v. THE STATE.**

On April 17, 2013, the trial court entered an order granting the state permission to introduce evidence of prior bad acts in Phillip Patch's criminal trial.  On April 26, the court certified its order for immediate review.  On May 13, Patch filed this application for interlocutory appeal.  We lack jurisdiction.

Pursuant to OCGA § 5-6-34 (b), an interlocutory application must be filed with this Court within ten days of the date a timely certificate of immediate review is entered below.  *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995).  Here, Patch filed his application 17 days after entry of the certificate of immediate review.  Accordingly, it is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/07/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*